**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.; PHILIPS INDIA LTD.; PHILIPS MEDICAL SYSTEMS TECHNOLOGIES LTD.; KONINKLIJKE PHILIPS N.V.; and PHILIPS NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZETTA MEDICAL TECHNOLOGIES, LLC; and RONALD J. DUNCAN,<br><br>Defendants. | Civil No: _____<br><br>JURY TRIAL DEMANDED |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Philips Medical Systems (Cleveland), Inc. submits this corporate disclosure statement as follows:

Koninklijke Philips N.V. is a publicly traded company which owns more than 10% of Philips Medical Systems (Cleveland), Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

By: \s\ James T. Hultquist_____

James T. Hultquist (6204320)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel:   +1 312 207 1000
Fax:   +1 312 207 6400
Email: jhultquist@reedsmith.com

Kirsten R Rydstrom
Pa. ID 76549 (*pro hac vice motion to be filed*)
Thomas M. Pohl
Pa. ID 208080 (*pro hac vice motion to be filed*)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Tel.:     (412) 288-3131
Fax:     (412) 288-3063
Email: krydstrom@reedsmith.com
            tpohl@reedsmith.com

*Counsel for Plaintiffs*

Dated:  May 5, 2017