# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.; PHILIPS INDIA LTD.; PHILIPS MEDICAL SYSTEMS TECHNOLOGIES LTD.; KONINKLIJKE PHILIPS N.V.; and PHILIPS NORTH AMERICA LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZETTA MEDICAL TECHNOLOGIES, LLC; and RONALD J. DUNCAN, <br><br> Defendants. | Civil Action No. 1:17-CV-03425 <br><br> Judge Robert M. Dow, Jr. |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

Defendants Zetta Medical Technologies, LLC and Ronald J. Duncan respectfully request, pursuant to Fed. R. Civ. P. 12(b)(6), that the Court dismiss Plaintiffs' Amended Complaint (ECF Dkt. 10) in its entirety. The grounds for this motion are set forth in detail in the accompanying memorandum, submitted herewith.

Dated: July 5, 2017

Respectfully submitted,

/s/Aaron R. Feigelson
David M. Airan (6215687)
Aaron R. Feigelson (6279091)
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendants*
*Zetta Medical Technologies, LLC and*
*Ronald J. Duncan*

# CERTIFICATE OF SERVICE

I certify that on the 5th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs Philips Medical Systems (Cleveland), Inc.. et al.*

    Kirsten R Rydstrom
    Thomas M. Pohl
    **REED SMITH LLP**
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Tel.: (412) 288-3131

    James T. Hultquist (6204320)
    **REED SMITH LLP**
    10 South Wacker Drive, 40th Floor
    Chicago, Illinois 60606
    Tel: (312) 207-1000

    */s/Aaron R. Feigelson*